UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LASTORINA-SNYDER,<br>Plaintiff,<br>v.<br>FOOTHILL-DEANZA COMMUNITY COLLEGE DISTRICT, et al.,<br>Defendants. | Case No. 26-cv-06246-SVK<br><br>**ORDER REQUIRING PLAINTIFF TO CONSENT OR DECLINE TO PROCEED BEFORE MAGISTRATE JUDGE** |

Pending before the Court are: (1) Defendants' motion to dismiss (Dkt. 11), and (2) Plaintiff's motion to stay proceedings and extend pending deadlines due to his present incarceration (Dkt. 19). The Court needs the consent of all Parties to proceed before a magistrate judge. Defendants have consented, but Plaintiff has not yet consented or declined. Plaintiff shall file a consent or declination to proceed before a magistrate judge by **December 9, 2026.** For Plaintiff's convenience, a consent/declination form is attached hereto to be filled out and returned to the Court by the December 9 deadline.

**SO ORDERED.**

Dated: November 18, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California